ALFRED DRIESBACH et al., v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ. [See *ante*, p. 804.]

In the Matter of CHARLES W. HUGHES, Appellant, against BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Callahan, Breitel, Bastow and Rabin, JJ. [See *ante*, p. 180.]

LAURA COHN v. SAMUEL B. COHN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ. [See *ante*, p. 811.]

In the Matter of the Accounting of EDWARD C. RAFTERY et al., as Surviving Executors and Trustees under the Will of MAURICE A. SHEA, Deceased, Respondents-Appellants. MARGARET L. SHEA et al., Appellants-Respondents; O'BRIEN, DRISCOLL & RAFTERY et al., Respondents-Appellants, and THOMAS E. SHEA as Trustee under the Will of MAURICE A. SHEA, Appellant.— Motion for leave to appeal to the Court of Appeals dismissed, with $10 costs. Concur — Peck, P. J., Cohn, Callahan, Bastow and Botein, JJ. [See *ante*, p. 803.]

In the Matter of the Arbitration between EDMUND C. GRAINGER, Respondent, and SHEA ENTERPRISES, INC., et al., Appellants.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Cohn, Breitel, Bastow and Rabin, JJ. [See *ante*, p. 802.]

In the Matter of the Estate of HUGO ZIETZ, SR., Deceased. WILLY ZIETZ, as Ancillary Administrator with the Will Annexed of HUGO ZIETZ, SR., Deceased, Respondent; MADELEINE ZIETZ-HALMOS, Appellant. In the Matter of the Estate of HEDWIG ZIETZ, Deceased. WILLY ZIETZ, as Administrator of the Estate of HEDWIG ZIETZ, Deceased, Respondent; MADELEINE ZIETZ-HALMOS, Appellant. In the Matter of the Estate of HUGO ZIETZ, JR., Deceased. WILLY ZIETZ, as Administrator of the Estate of HUGO ZIETZ, JR., Deceased, Respondent; MADELEINE ZIETZ-HALMOS, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See 285 App. Div. 1147.]

ADOLPH KATZ et al. v. SEVILLE REALTY CORPORATION et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See 285 App. Div. 1146.]